NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-901


ALLEN RAY PENDER, JR.

VERSUS

REBECCA A. PENDER


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2001-425
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Oswald A. Decuir, Judges.

**AFFIRMED.**


Errol David Deshotels, Jr.
Attorney at Law
P. O. Box 399
Oberlin, LA 70655
(337) 639-4309
Counsel for Plaintiff/Appellant:
Allen Ray Pender, Jr.

**Craig Ray Hill**
**Attorney at Law**
**P. O. Box 1260**
**Oberlin, LA 70655**
**(337) 639-2127**
**Counsel for Defendant/Appellee:**
**Rebecca A. Pender**